| | |
|---|---|
| *Filer's Name, Address, Phone, Fax, Email:*<br>TIMOTHY J. HOGAN 5312-0<br>ATTORNEY AT LAW<br>1050 Bishop Street, No.433<br>Honolulu, Hawaii 96813<br>Tel. No. (808) 382-3698<br>Fax No. (808) 356-1682<br>E-mail: tjh@timhogan.com<br><br>Attorney for Trustee<br>DAVID C. FARMER | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813<br><br>hib_9006-1 (12/09) |

| *Debtor:* Honolulu Medical Group, Inc. | Case No.: **09-02566** |
|---|---|
| *Joint Debtor:* (if any) | Chapter: **7** |
| [If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]<br><br>Plaintiff(s):<br><br>vs.<br>Defendant(s): | Adversary Proceeding No.: |

## MOTION TO ENLARGE OR SHORTEN TIME

| *Matter to Be heard:* | Trustee's Motion to Dismiss Case | *Related Dkt No.:* (if already filed)<br>148 |
|---|---|---|
| *Moving Party:* | David C. Farmer, Trustee | |

The undersigned hereby moves under Fed. R. Bankr P. 9006(c) to reduce the time required:

✔ To set the matter for hearing, or ☐ To provide notice of hearing already scheduled.

| Proposed Hearing Date and Time: | May 26, 2010 at 1:30 p.m. |
|---|---|
| Proposed Deadline for Response(s): | Up to time of hearing |
| Proposed Deadline for Reply: | None |

### DECLARATION IN SUPPORT OF MOTION

[State: (1) the reasons for shortening time, (2) the parties with which the moving party has spoken or attempted to speak concerning the motion, (3) the positions on the motion taken by such parties, and (4) to whom, how, and when notice will be given. Attach additional sheets as necessary.] <u>The undersigned declares as follows</u>:

The Trustee was appointed on May 6, 2010 and, after investigation, believes the Estate to be administratively insolvent and unable to comply with the requirements imposed by 11 U.S.C. Sec. 351 related to patient records. On Tuesday May 18, 2010, I sent an email requesting the shortening of time to the earliest possible date to Curtis Ching of the Office of the United States Trustee, the Debtor through counsel, James A. Wagner, Esq., to the principal trade creditor Queens Development Corp. through its counsel Steve Chung, Esq., and to the Pension Benefit Guaranty Corporation through its counsel Elizabeth Chien, Esq.

None of the above parties has objected to the shortening of time as requested but all reserve their rights in regard to the merits of the motion.

Dated: 05/20/2010             /s/ Timothy J. Hogan
                                                  Signature        (Print name also if original signature)