| | | |
|---|---|---|
| *Filer's Name, Address, Phone, Fax, Email:*<br>TIMOTHY J. HOGAN 5312-0<br>ATTORNEY AT LAW<br>1050 Bishop Street, No.433<br>Honolulu, Hawaii 96813<br>Tel. No. (808) 382-3698<br>Fax No. (808) 356-1682<br>E-mail: tjh@timhogan.com<br><br>Attorney for Trustee<br>DAVID C. FARMER | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 | |
| | | hib_9073-1 (02/10) |

| *Debtor:* Honolulu Medical Group, Inc. | *Case No.:* **09-02566** |
|---|---|
| *Joint Debtor:* (if any) | *Chapter:* **7** |
| [If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]<br><br>*Plaintiff(s):*<br><br>vs.<br>*Defendant(s):* | *Adversary Proceeding No.:* (if applicable) |

| **NOTICE OF HEARING**<br>Courtroom – 1132 Bishop Street, Honolulu, Hawaii | *Hearing Date:* **June 7, 2010**<br>*Time:* **2:00 p.m.** |
|---|---|
| | *Objections Due:* **June 1, 2010** |
| *Matter being heard:* Notice of Hearing on Trustee's Motion to Dismiss | *Related Dkt No.:*<br>**148** |
| *Moving Party:* David C. Farmer, Trustee | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, **including pertinent details**.*]

PLEASE TAKE NOTICE THAT THIS MATTER IS BEING BROUGHT ON SHORTENED TIME

David C. Farmer, Trustee of the above-entitled estate (the "Trustee") has moved for an order dismissing the case. This motion is brought on the grounds that the case arose primarily from a landlord-tenant dispute. The Trustee believes that the Estate lacks sufficient financial resources to meet the requirements imposed on the Trustee by 11 U.S.C. § 351 related to the Debtor's patients' medical records. The expenditure of the Estate's funds regarding the patient records would mean that there is no apparent likelihood of any payments on any pre-bankruptcy claims.

Dismissal will revert the patient records to the medical professionals and the Trustee believes is in the best interest of the patients.

This Motion is brought pursuant to the Bankruptcy Code, 11 U.S.C. §§ 105, 707 and Fed. R. Bankr. P. 2002 and is supported by the Memorandum and Declaration in Support. You are invited but not required to review these supporting papers at the office of the Clerk United States Bankruptcy Court.

**Your rights may be affected.** You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

| **Date response due** [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after _____* .]: | |
|---|---|
| _____ June 1, 2010 _____<br>Date | How calculated: By Order Shortening Time<br>Docket No. 151 |

Statements must be filed with the court at:

> United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250
> Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

| Responses to be sent to: | |
|---|---|
| | TIMOTHY J. HOGAN<br>ATTORNEY AT LAW<br>1050 Bishop Street, No.433<br>Honolulu, Hawaii 96813 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: 05/21/2010 _____     /s/ Timothy J. Hogan _____
                                            for Movant        (Print name also if original signature)